

**FILED**

JUN X 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEERPIKE PRODUCTIONS, INC., | No. C-07-02989 RMW |
|---|---|
| Plaintiff, | TEMPORARY RESTRAINING ORDER, ORDER OF SEIZURE, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |
| v. | |
| JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

TEMPORARY RESTRAINING ORDER, ORDER OF SEIZURE, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION—C-07-02989 RMW

1   Plaintiff moved *ex parte* for a temporary restraining order, order of seizure, and order to show cause against unknown defendants. Having considered the argument and evidence submitted by Plaintiff, the Court determines that good cause exists for plaintiff's motion. Plaintiff's motion is GRANTED subject to the limitations of this Order.

IT IS HEREBY ORDERED that defendants, their identities being unknown, shall show cause before this Court on June 15, 2007, at 9:00 a.m., in Courtroom 6, at 280 South 1st Street, San Jose, California 95113, or as soon thereafter as counsel may be heard, why an order pursuant to Federal Rule of Civil Procedure 65 should not be entered, granting the plaintiff a preliminary injunction, enjoining the defendants and all those acting in concert with defendants, from the unauthorized manufacture, distribution, sale or holding for sale of clothing, jewelry, photographs, posters and other merchandise bearing the name, logo, likeness or trademark of the Artist, the well known rock group known as THE POLICE.

IT IS FURTHER ORDERED that, pending a hearing and determination of this motion, the defendants, their agents, servants, employees, attorneys, successors, and assigns, and all persons, firms, corporations, acting in concert with the defendants, be and are hereby temporarily restrained from manufacturing, distributing and selling the infringing merchandise bearing the Artist's trademarks.

IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California, state and local police, local deputy sheriffs, counsel for plaintiff, plaintiff's representatives, and persons acting under their supervision, are authorized to seize and impound any and all infringing merchandise bearing the Artist's trademark which defendants, or those acting in concert with them, attempt to sell or are holding for sale in connection with the Artist's concert performances in Oakland, California, on June 13, 2007, including any carton, container, or other means of carriage in which the infringing merchandise is found.

IT IS FURTHER ORDERED that this temporary restraining order is conditioned upon the plaintiff filing with the clerk of this court an undertaking in the form of a bond, check or cash, in the amount of $~~10,000~~ $25,000, to secure the payment of costs and damages not to exceed that sum as may be suffered or sustained by any party who is wrongfully restrained by this order.

TEMPORARY RESTRAINING ORDER, ORDER OF SEIZURE, AND ORDER TO
SHOW CAUSE RE: PRELIMINARY INJUNCTION
Case No. C-07-02989 RMW

2

1  IT IS FURTHER ORDERED that this order is conditioned upon the plaintiff advancing to the
2  United States Marshal such sum as is required to cover the fees for the Marshal's services in the event
3  the plaintiff seeks the services of the United States Marshal in this District.
4  IT IS FURTHER ORDERED that service of copies of the order to show cause, together with
5  the summons and complaint, shall be made upon the defendants in accordance with the Federal Rules
6  of Civil Procedure or by the United States Marshal, state or local police, local deputy sheriffs or any
7  person over the age of 18 and not a party to the action, selected for that purpose by the plaintiff in
8  connection with this proceeding.

Dated: June _8_, 2007

*/s/ Ronald M. Whyte*
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

61071042 v1

TEMPORARY RESTRAINING ORDER, ORDER OF SEIZURE, AND ORDER TO
SHOW CAUSE RE: PRELIMINARY INJUNCTION
Case No. C-07-02989 RMW

3

1

2  Copy of Order Mailed on June 8, 2007 to:

3

4  Marc M. Gorelnik
   Judith M. Schvimmer
   TOWNSEND AND TOWNSEND
5  Two Embarcadero Center, 8th Flr.
   San Francisco, CA 94111

6
   Barry I. Slotnick
7  Bryan I. Reyhani
   LOEB & LOEB LLP
8  345 Park Avenue
   New York, NY 10154-0037

9

10     *Counsel for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28