```
 1  TOWNSEND AND TOWNSEND AND CREW LLP          ORIGINAL
    MARC M. GORELNIK (State Bar No. 166833)      FILED
 2  JUDITH M. SCHVIMMER (State Bar No. 230285)  07 JUN 12 PM 1:03
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111             RICHARD W. WIEKING
    Telephone: 415.576.0200                           CLERK
 4  Facsimile: 415.576.0300                     U.S. DISTRICT COURT
    Email: mmgorelnik@townsend.com              NO DIST. OF CA S.J.
 5         jmschvimmer@townsend.com

 6  LOEB & LOEB LLP
    BARRY I. SLOTNICK
 7  BRYAN I. REYHANI
    345 Park Avenue
 8  New York, NY 10154-0037
    Telephone: 212.407.4000
 9
    Attorneys for Plaintiff
10  Steerpike Productions, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC., | Case No.   C-07-02989 RMW |
| Plaintiff, | |
| v. | **PLAINTIFF'S BOND IN SUPPORT OF SEIZURE AND TEMPORARY RESTRAINING ORDER** |
| JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

1   WHEREAS, by Order dated June 8, 2007, the Honorable Ronald M. Whyte, United States District Judge, granted Plaintiff's Ex Parte Motion for Temporary Restraining Order, Seizure Order, and Order to Show Cause Re: Preliminary Injunction; and

WHEREAS, enforcement of the Court's Order is conditioned on Plaintiff's filing with the Clerk of this Court pursuant to Civ. L.R. 65.1, a bond, check or cash in the amount of $25,000.

NOW, THEREFORE, I, Marc M. Gorelnik, attorney for Steerpike Productions, Inc., herewith tender a check in the amount of $25,000, made payable to "Clerk, United States District Court."

DATED: June 12, 2007

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Marc M. Gorelnik

Attorneys for Plaintiff
Steerpike Productions, Inc.

61071166 v1

PLAINTIFF'S BOND IN SUPPORT OF SEIZURE AND TEMPORARY
RESTRAINING ORDER
Case No. C-07-02989RMW                                                                                               1