1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: 415.576.0200
4  Facsimile: 415.576.0300
   Email: mmgorelnik@townsend.com
5         jmschvimmer@townsend.com

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  STEERPIKE PRODUCTIONS, INC.,          Case No.   C-07-02989 RMW

10               Plaintiff,
                                          **PROOF OF SERVICE**
11       v.

12 JOHN DOES 1-100, JANE DOES 1-100,
   and XYZ COMPANIES 1-100,
13                                        *[handwritten: Jo Blk 1 / Papers Accepted]*
                 Defendants.
14

15      I, _Peter Merluzzi_, personally served the following documents:

16  Temporary Restraining Order (June 8, 2007)   Declaration of Barry Slotnick
    Summons                                      [Proposed] Temporary Restraining Order
17  Complaint                                    [Proposed] Order of Preliminary Injunction
    Bond                                         Order Setting Initial Case Management Conf.
18  Ex Parte Motion                              Standing Orders
19  Declaration of Peter Merluzzi                Case Designated as Electronic Filing

20  on _Stephan Andrew Williams_ [defendant] by delivering true copies thereof to said person on

21  the _13_ day of _June_, 2007, at _Oakland Stadium_ [location].

22      I describe the individual served as follows: _W/M 2_.

23  Other identifying features: _Ca. D.L. A1018073_. The individual served gave

24  his/her address as: _256 Coronado Ave Long Beach, Ca. 90803_.

25      I declare under penalty of perjury that the foregoing information is true and correct.

26  Dated: _6/13_, 2007               _[signature]_
                                      [Signature of Server]
27                                    Name: _Pete Merluzzi_
                                                (printed)
28

61071166 v1

PROOF OF SERVICE
Case No. C-07-02989RMW