```
TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email:  mmgorelnik@townsend.com
        jmschvimmer@townsend.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, <br><br> Defendants. | Case No.   C-07-02989 RMW <br><br> **PROOF OF SERVICE** |

*[Handwritten annotation: 8 pz. T's Blk Hr. Refused Papers]*

I, _Peter Merluzzi_, personally served the following documents:

| | |
|---|---|
| Temporary Restraining Order (June 8, 2007) | Declaration of Barry Slotnick |
| Summons | [Proposed] Temporary Restraining Order |
| Complaint | [Proposed] Order of Preliminary Injunction |
| Bond | Order Setting Initial Case Management Conf. |
| Ex Parte Motion | Standing Orders |
| Declaration of Peter Merluzzi | Case Designated as Electronic Filing |

on _Louis Black_ [defendant] by delivering true copies thereof to said person on the _13th_ day of _June_, 2007, at _Oakland Stadium_ [location].

I describe the individual served as follows: _W/M 6'2" 190 lbs. Blk Hr., Blue Eyes_

Other identifying features: _CA DL# B3684769_. The individual served gave his/her address as: _10905 Ohio Ave Apt #125, L.A. Ca. 90024_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _June 13_, 2007

_[Signature]_
[Signature of Server]
Name: _Peter Merluzzi_
         (printed)

61071166 v1

PROOF OF SERVICE
Case No. C-07-02989RMW