1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: 415.576.0200
4  Facsimile: 415.576.0300
   Email: mmgorelnik@townsend.com
5         jmschvimmer@townsend.com

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  STEERPIKE PRODUCTIONS, INC.,          Case No.   C-07-02989 RMW

10                Plaintiff,
                                         **PROOF OF SERVICE**
11       v.
                                         *6 T's*
12 JOHN DOES 1-100, JANE DOES 1-100,     *Refused Service*
   and XYZ COMPANIES 1-100,
13
                Defendants.
14

15       I, PETER MERLUZZI, personally served the following documents:

16 Temporary Restraining Order (June 8, 2007)   Declaration of Barry Slotnick
   Summons                                     [Proposed] Temporary Restraining Order
17 Complaint                                   [Proposed] Order of Preliminary Injunction
   Bond                                        Order Setting Initial Case Management Conf.
18 Ex Parte Motion                             Standing Orders
19 Declaration of Peter Merluzzi               Case Designated as Electronic Filing

20 on ERIC Hall AKA Bullethead [defendant] by delivering true copies thereof to said person on

21 the 13th day of JUNE, 2007, at OAKLAND STADIUM [location].

22       I describe the individual served as follows: B/M 5'6" DOB 4/21/64

23 Other identifying features: _____. The individual served gave

24 his/her address as: 1385 N. Lake Ave Pasadina, Ca.

25       I declare under penalty of perjury that the foregoing information is true and correct.

26 Dated: 13 June, 2007                 /s/ Peter Merluzzi
                                        [Signature of Server]
27                                      Name: Pete Merluzzi
                                              (printed)
28
   61071166 v1

PROOF OF SERVICE
Case No. C-07-02989RMW