UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 4th Floor

## Civil Minute Order

Date: Friday, June 15, 2007

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Lee-Anne Shortridge

---

**TITLE:   STEERPIKE PRODUCTIONS, INC v. JOHN DOES 1-100, ET AL**
**CASE NUMBER**: C 07-02989RMW

Plaintiff(s) Attorneys present: Judith Schrimmer, Marc Gorolnik
Defendant(s) Attorney present: no appearances

---

**PROCEEDINGS:** Order to Show Cause Hearing

The Court signs proposed order presented by Counsel.