```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    MARC M. GORELNIK (State Bar No. 166833)
 2  JUDITH M. SCHVIMMER (State Bar No. 230285)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone: 415.576.0200
 4  Facsimile: 415.576.0300
    Email: mmgorelnik@townsend.com
 5         jmschvimmer@townsend.com

 6  LOEB & LOEB LLP
    BARRY I. SLOTNICK
 7  BRYAN I. REYHANI
    345 Park Avenue
 8  New York, NY 10154-0037
    Telephone: 212.407.4000
 9
    Attorneys for Plaintiff
10  Steerpike Productions, Inc.

11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEERPIKE PRODUCTIONS, INC., | Case No.   C-07-02989 RMW |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

**PROOF OF SERVICE**

I, Billie C. Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On June 15, 2007, I served a copy of the following document(s):

**Order of Preliminary Injunction and Order of Seizure (June 15, 2007); and Civil Minute Order**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA 90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA 90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA 91104 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 15th day of June, 2007, at San Francisco, California.

_____
Billie C. Raney

61077346 v1

PROOF OF SERVICE
Case No. C-07-02989 RMW