```
TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: mmgorelnik@townsend.com
       jmschvimmer@townsend.com

LOEB & LOEB LLP
BARRY I. SLOTNICK
BRYAN I. REYHANI
345 Park Avenue
New York, NY 10154-0037
Telephone: 212.407.4000

Attorneys for Plaintiff
Steerpike Productions, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-100, JANE DOES 1-100,<br>and XYZ COMPANIES 1-100,<br><br>　　　　Defendants. | Case No.　C-07-02989 RMW<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Billie C. Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On June 18, 2007, I served a copy of the following document(s):

1) **Amended Summons; and**
2) **First Amended Complaint**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| Stephan Andrew Williams | Louis Black | Eric Hall |
|---|---|---|
| 258 Coronado Avenue | 10905 Ohio Avenue, Apt. # 123 | 1385 N. Lake Avenue |
| Long Beach, CA 90803 | Los Angeles, CA 90024 | Pasadena, CA 91104 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 18th day of June, 2007, at San Francisco, California.

_____
Billie C. Raney

61079876 v1

PROOF OF SERVICE
Case No. C-07-02989 RMW