TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email:  mmgorelnik@townsend.com
        jmschvimmer@townsend.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,<br><br>Defendants. | Case No.   C-07-02989 RMW<br><br>**PROOF OF SERVICE**<br><br>601 T-SHIRTS |

I, _Peter Merluzzi_, personally served the following documents:

Order of Preliminary Injunction (June 15, 2007)    Declaration of Peter Merluzzi
Amended Summons                                     Declaration of Barry Slotnick
First Amended Complaint                             [Proposed] Temporary Restraining Order
Temporary Restraining Order (June 8, 2007)          [Proposed] Order of Preliminary Injunction
Summons                                             Order Setting Initial Case Management Conf.
Complaint                                           Standing Orders
Bond                                                Case Designated as Electronic Filing
Ex Parte Motion

on _Elizabeth N. Murphy_ [defendant] by delivering true copies thereof to said person on the _5th_ day of _July_, 2007, at _Murphy's Bleacher_ [location].

I describe the individual served as follows: _DOB 1-14-55 W/F 5'5" 130lbs_.

Other identifying features: _Resides at: 2600 W. Wilson, Chic. IL_. The individual served gave his/her address as: _____.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _5th July_, 2007                     _Peter Merluzzi_
                                            [Signature of Server]
                                            Name: _Peter Merluzzi_
                                                   (printed)

61075413 v1

PROOF OF SERVICE
Case No. C-07-02989RMW

TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: mmgorelnik@townsend.com
    jmschvimmer@townsend.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC., <br> Plaintiff, <br> v. <br> STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, <br> Defendants. | Case No.   C-07-02989 RMW <br><br> **PROOF OF SERVICE** |

*[handwritten: 18oz. 2pcs. Message in the Bleachers]*

I, _Peter Merluzzi_, personally served the following documents:

Order of Preliminary Injunction (June 15, 2007)   Declaration of Peter Merluzzi
Amended Summons                                   Declaration of Barry Slotnick
First Amended Complaint                           [Proposed] Temporary Restraining Order
Temporary Restraining Order (June 8, 2007)        [Proposed] Order of Preliminary Injunction
Summons                                           Order Setting Initial Case Management Conf.
Complaint                                         Standing Orders
Bond                                              Case Designated as Electronic Filing
Ex Parte Motion

on _Mark W. Kolbusz_ [defendant] by delivering true copies thereof to said person on the _5th_ day of _July_, 2007, at _the corners of Sheffield & Addison_ [location].

I describe the individual served as follows: _WM 6' DOB 2-11-78_.

Other identifying features: _____. The individual served gave his/her address as: _141 Ann St, Clarendon Hills, IL 60514_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _5th July_, 2007

_____
(Signature of Server)
Name: _Peter Merluzzi_
    (printed)

61075413 v1

PROOF OF SERVICE
Case No. C-07-02989RMW