TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email:  mmgorelnik@townsend.com
        jmschvimmer@townsend.com

LOEB & LOEB LLP
BARRY I. SLOTNICK
BRYAN I. REYHANI
345 Park Avenue
New York, NY 10154-0037
Telephone: 212.407.4000

Attorneys for Plaintiff
Steerpike Productions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEERPIKE PRODUCTIONS, INC., | Case No.   C-07-02989 RMW |
|---|---|
| Plaintiff, | |
| v. | **RETURN OF AMENDED SUMMONS** |
| STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

STEERPIKE PRODUCTIONS, INC.,

V.

STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,

**AMENDED SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-07-02989 RMW

TO: (Name and address of defendant)

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA 90803 | Louis Black<br>10905 Ohio Avenue, Apt. 123<br>Los Angeles, CA 90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA 91104 |

(See additional above-named defendants.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Gorelnik
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUN 15 2007

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: mmgorelnik@townsend.com
        jmschvimmer@townsend.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,<br><br>Defendants. | Case No.   C-07-02989 RMW<br><br>**PROOF OF SERVICE** |

*[handwritten: 18oz. 2pcs. Message In The Bleachers]*

I, _Peter Merluzzi_, personally served the following documents:

Order of Preliminary Injunction (June 15, 2007)   Declaration of Peter Merluzzi
Amended Summons                                    Declaration of Barry Slotnick
First Amended Complaint                            [Proposed] Temporary Restraining Order
Temporary Restraining Order (June 8, 2007)         [Proposed] Order of Preliminary Injunction
Summons                                            Order Setting Initial Case Management Conf.
Complaint                                          Standing Orders
Bond                                               Case Designated as Electronic Filing
Ex Parte Motion

on _Mark W. Kolbusz_ [defendant] by delivering true copies thereof to said person on the _5th_ day of _July_, 2007, at _the Corners of Sheffield & Addison_ [location].

I describe the individual served as follows: _W/M 6' Dob 2-11-78_.

Other identifying features: _____. The individual served gave his/her address as: _141 Ann St, Clarendon Hls, IL 60514_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _5th July_, 2007

_____
[Signature of Server]
Name: _Peter Merluzzi_
(printed)

61075413 v1

PROOF OF SERVICE
Case No. C-07-02989RMW

1 | TOWNSEND AND TOWNSEND AND CREW LLP
2 | MARC M. GORELNIK (State Bar No. 166833)
2 | JUDITH M. SCHVIMMER (State Bar No. 230285)
3 | Two Embarcadero Center, 8th Floor
3 | San Francisco, California 94111
  | Telephone: 415.576.0200
4 | Facsimile: 415.576.0300
  | Email: mmgorelnik@townsend.com
5 |         jmschvimmer@townsend.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, <br><br> Defendants. | Case No.   C-07-02989 RMW <br><br> **PROOF OF SERVICE** <br><br> *601 T-SHIRTS* |

I, _PETER MERLUZZI_, personally served the following documents:

Order of Preliminary Injunction (June 15, 2007)    Declaration of Peter Merluzzi
Amended Summons                                     Declaration of Barry Slotnick
First Amended Complaint                             [Proposed] Temporary Restraining Order
Temporary Restraining Order (June 8, 2007)          [Proposed] Order of Preliminary Injunction
Summons                                             Order Setting Initial Case Management Conf.
Complaint                                           Standing Orders
Bond                                                Case Designated as Electronic Filing
Ex Parte Motion

on _ELIZABETH N. MURPHY_ [defendant] by delivering true copies thereof to said person on the _5th_ day of _July_, 2007, at _MURPHY'S BLEACHER_ [location].

I describe the individual served as follows: _DOB 1-14-55 W/F 5'5" 130 lbs_.

Other identifying features: _Resides at: 2600 W. Wilson, Chic. IL_. The individual served gave his/her address as: _____.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _5th July_, 2007

_____
[Signature of Server]
Name: _Peter Merluzzi_
(printed)

61075413 v1

PROOF OF SERVICE
Case No. C-07-02989RMW

**PROOF OF SERVICE**

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On August 16, 2007, I served a copy of the following document(s):

**RETURN OF AMENDED SUMMONS**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA 90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA 90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA 91104 |
| Mark W. Kolbusz<br>141 Ann Street<br>Clarendon Hills, IL 60514 | Mary Catherine Merz, Esq.<br>MERZ & ASSOCIATES, P.C.<br>1140 Lake Street, Suite 304<br>Oak Park, Illinois 60301 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 16th day of August, 2007, at San Francisco, California.

_____
Billie Raney

61127149 v1