1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  415.576.0200
4  Facsimile:  415.576.0300
   Email:  mmgorelnik@townsend.com
5          jmschvimmer@townsend.com

6  LOEB & LOEB LLP
   BARRY I. SLOTNICK
7  BRYAN I. REYHANI
   345 Park Avenue
8  New York, NY  10154-0037
   Telephone:  212.407.4000
9
   Attorneys for Plaintiff
10 Steerpike Productions, Inc.

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | STEERPIKE PRODUCTIONS, INC.,             | Case No.   C-07-02989 RMW
17 |         Plaintiff,                       |
                                              | **REQUEST FOR ENTRY OF DEFAULT
18 |     v.                                   | AGAINST DEFENDANT MARK W.
                                              | KOLBUSZ**
19 | STEPHAN ANDREW WILLIAMS, LOUIS           |
   | BLACK, and ERIC HALL, individuals residing |
20 | in California, and JOHN DOES 4-100, JANE |
   | DOES 1-100, and XYZ COMPANIES 1-100,    |
21 |                                          |
   |         Defendants.                      |
22

23

24

25 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

26      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Steerpike Productions,

27 Inc. ("Steerpike"), hereby requests that the Clerk of the above-captioned Court enter default in this

28 matter against defendant Mark W. Kolbusz ("Kolbusz") on the grounds that said defendant has failed

1  to appear or otherwise respond to the First Amended Complaint within the time prescribed by the
2  Federal Rules of Civil Procedure.
3      Kolbusz was personally served with the First Amended Complaint and the original Complaint
4  on July 5, 2007 by Peter Merluzzi, an agent for Plaintiff.  See Proof of Service, attached as Exhibit A;
5  *See also* Docket No. 17 for proof of personal service of First Amended Complaint and the original
6  Complaint.
7      Kolbusz's Answer or other response to the First Amended Complaint was due July 25, 2007.
8  No Answer or other response has been filed or served by defendant Kolbusz.
9      Defendant Kolbusz has not responded to the First Amended Complaint.  Accordingly, plaintiff
10 seeks entry of the default of defendant Kolbusz.

12 Dated:  August 24, 2007                    Respectfully submitted,

13                                            TOWNSEND and TOWNSEND and CREW LLP

15                                            By: _____
                                                   Marc M. Gorelnik
16                                                 Judith M. Schvimmer

17                                            *Attorneys for Plaintiff*
                                              STEERPIKE PRODUCTIONS, INC.

## PROOF OF SERVICE

I, Eddie L. Shine, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On August 24, 2007, I served a copy of the following document(s):

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT KOLBUSZ**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA 90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA 90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA 91104 |
| Mark W. Kolbusz<br>141 Ann Street<br>Clarendon Hills, IL 60514 | Mary Catherine Merz, Esq.<br>MERZ & ASSOCIATES, P.C.<br>1140 Lake Street, Suite 304<br>Oak Park, Illinois 60301 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 24th day of August, 2007, at San Francisco, California.

*Eddie L. Shine*
Eddie L. Shine

61133902 v1