1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: 415.576.0200
4  Facsimile: 415.576.0300
   Email: mmgorelnik@townsend.com
5         jmschvimmer@townsend.com

6

7                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
8

| STEERPIKE PRODUCTIONS, INC., | Case No.  C-07-02989 RMW |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

*[handwritten annotation: 18oz. 2pcs. Message in the Bleachers]*

I, _Peter Merluzzi_, personally served the following documents:

Order of Preliminary Injunction (June 15, 2007)    Declaration of Peter Merluzzi
Amended Summons                                     Declaration of Barry Slotnick
First Amended Complaint                             [Proposed] Temporary Restraining Order
Temporary Restraining Order (June 8, 2007)          [Proposed] Order of Preliminary Injunction
Summons                                             Order Setting Initial Case Management Conf.
Complaint                                           Standing Orders
Bond                                                Case Designated as Electronic Filing
Ex Parte Motion

on _Mark W. Kolbusz_ [defendant] by delivering true copies thereof to said person on the _5th_ day of _July_, 2007, at _the Corners of Sheffield & Addison_ [location].

I describe the individual served as follows: _W/M 6' DOB 2-11-78_.

Other identifying features: _____. The individual served gave his/her address as: _141 Ann St, Clarendon Hills, IL 60514_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _5th July_, 2007         _[signature] Peter Merluzzi_
                                [Signature of Server]
                                Name: _Peter Merluzzi_
                                      (printed)

61075413 v1

PROOF OF SERVICE
Case No. C-07-02989RMW