1 | TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
2 | JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
3 | San Francisco, California 94111
Telephone: 415.576.0200
4 | Facsimile: 415.576.0300
Email: mmgorelnik@townsend.com
5 |        jmschvimmer@townsend.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEERPIKE PRODUCTIONS, INC., | Case No.   C-07-02989 RMW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

*[handwritten note: 10 Bux T / Papers Accepted]*

I, _Peter Merluzzi_, personally served the following documents:

Temporary Restraining Order (June 8, 2007)    Declaration of Barry Slotnick
Summons                                        [Proposed] Temporary Restraining Order
Complaint                                      [Proposed] Order of Preliminary Injunction
Bond                                           Order Setting Initial Case Management Conf.
Ex Parte Motion                                Standing Orders
Declaration of Peter Merluzzi                  Case Designated as Electronic Filing

on _Stephan Andrew Williams_ [defendant] by delivering true copies thereof to said person on the _13_ day of _June_, 2007, at _Oakland Stadium_ [location].

I describe the individual served as follows: _W/M 2_

Other identifying features: _Ca. D.L. A1018073_. The individual served gave his/her address as: _256 Coronado Ave Long Beach, Ca. 90803_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _6/13_, 2007      _[signature]_
                          [Signature of Server]
                        Name: _Pete Merluzzi_
                               (printed)

61071166 v1