```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    MARC M. GORELNIK (State Bar No. 166833)
 2  JUDITH M. SCHVIMMER (State Bar No. 230285)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California  94111
    Telephone: 415.576.0200
 4  Facsimile: 415.576.0300
    Email:  mmgorelnik@townsend.com
 5          jmschvimmer@townsend.com

 6  LOEB & LOEB LLP
    BARRY I. SLOTNICK
 7  BRYAN I. REYHANI
    345 Park Avenue
 8  New York, NY  10154-0037
    Telephone: 212.407.4000
 9
    Attorneys for Plaintiff
10  Steerpike Productions, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEERPIKE PRODUCTIONS, INC., | Case No.  C-07-02989 RMW |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT ERIC HALL** |
| STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Steerpike Productions, Inc. ("Steerpike"), hereby requests that the Clerk of the above-captioned Court enter default in this matter against defendant Eric Hall ("Hall") on the grounds that said defendant has failed to

appear or otherwise respond to the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Hall was personally served with the Complaint on June 13, 2007 by Peter Merluzzi, an agent for Plaintiff. *See* Proof of Service, attached as Exhibit A; *See also* Docket No. 8 for proof of personal service of original Complaint. Service of the First Amended Complaint on Hall, at 1385 N. Lake Avenue, Pasadena, California 91104, was effected on June 18, 2007. *See* Proof of Service, attached as Exhibit B; *See also* Docket No. 15 for proof of personal service of First Amended Complaint.

Because the First Amended Complaint does not assert any "new or additional claims for relief," service was proper under Rule 5 of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 6(a) and 15(a). Hall's Answer or other response to the First Amended Complaint was due July 11, 2007. No Answer or other response has been filed or served by defendant Hall.

Defendant Hall has not responded to the First Amended Complaint. Accordingly, plaintiff seeks entry of the default of defendant Hall.

Dated: August 24, 2007

Respectfully submitted,

TOWNSEND and TOWNSEND and CREW LLP

By: _____
Marc M. Gorelnik
Judith M. Schvimmer

*Attorneys for Plaintiff*
STEERPIKE PRODUCTIONS, INC.

# PROOF OF SERVICE

I, Eddie L. Shine, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On August 24, 2007, I served a copy of the following document(s):

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT ERIC HALL**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA 90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA 90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA 91104 |
| Mark W. Kolbusz<br>141 Ann Street<br>Clarendon Hills, IL 60514 | Mary Catherine Merz, Esq.<br>MERZ & ASSOCIATES, P.C.<br>1140 Lake Street, Suite 304<br>Oak Park, Illinois 60301 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 24th day of August, 2007, at San Francisco, California.

_____*Eddie L. Shine*_____
Eddie L. Shine

61133905 v1