1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: 415.576.0200
4  Facsimile: 415.576.0300
   Email: mmgorelnik@townsend.com
5         jmschvimmer@townsend.com

6
                UNITED STATES DISTRICT COURT
7
                NORTHERN DISTRICT OF CALIFORNIA
8

9  | STEERPIKE PRODUCTIONS, INC., | Case No. C-07-02989 RMW |
   |---|---|
10 | Plaintiff, | **PROOF OF SERVICE** |
11 | v. | |
12 | JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | 6 T's Refused Service |
13 | | |
14 | Defendants. | |

15   I, _PETER MERLUZZI_, personally served the following documents:

16   Temporary Restraining Order (June 8, 2007)    Declaration of Barry Slotnick
17   Summons                                        [Proposed] Temporary Restraining Order
     Complaint                                      [Proposed] Order of Preliminary Injunction
18   Bond                                           Order Setting Initial Case Management Conf.
     Ex Parte Motion                                Standing Orders
19   Declaration of Peter Merluzzi                  Case Designated as Electronic Filing

20   on _ERIC Hall AKA Bullethead_ [defendant] by delivering true copies thereof to said person on
21   the _13th_ day of _June_, 2007, at _Oakland Stadium_ [location].
22   I describe the individual served as follows: _B/M 5'6" DOB 4/21/64_.
23   Other identifying features: _____. The individual served gave
24   his/her address as: _1385 N. Lake Ave Pasadena, Ca._

25      I declare under penalty of perjury that the foregoing information is true and correct.

26   Dated: _13 June_, 2007            _Pete Merluzzi_
                                        [Signature of Server]
27                                  Name: _Pete Merluzzi_
28                                        (printed)

61071166 v1

PROOF OF SERVICE
Case No. C-07-02989RMW