TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
      jmschvimmer@townsend.com

LOEB & LOEB LLP
BARRY I. SLOTNICK
BRYAN I. REYHANI
345 Park Avenue
New York, NY 10154-0037
Telephone: (212) 407-4000

Attorneys for Plaintiff
STEERPIKE PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,<br><br>Defendants. | Case No. C-07-02989 RMW<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: September 14, 2007<br>Time: 10:30 a.m.<br>Place: San Jose, Courtroom 6, 4th Floor<br><br>Honorable Ronald M. Whyte |

## INTRODUCTION

Pursuant to Rule F.R.C.P. Rule 26(f), counsel for Plaintiff STEERPIKE PRODUCTIONS, INC. ("Steerpike"), files this Case Management Conference Statement.

Plaintiff files this Case Management Conference Statement independently. There are five named defendants in the litigation. The Clerk has entered the default of four of those defendants, and Plaintiff is currently finalizing a negotiated settlement with the remaining named defendant, with whom a settlement in principle has been reached.

This action arises under 15 U.S.C. § 1125(a)(violation of the Lanham Act). This Court has subject matter jurisdiction over all of the plaintiff's claims under 28 U.S.C. § 1331 (federal question), § 1338 (trademarks), and § 1367(a) (supplemental jurisdiction). All parties are subject to the Court's jurisdiction.

**1. FACTUAL SUMMARY**

Plaintiff Steerpike has been granted by the world-famous musical group The Police (the "Artist") an exclusive license to use, or authorize the use of, the Artist's name, logos, likenesses, and trademarks (collectively, the "Trademark") on and in connection with various types of music-related merchandise sold and offered for sale in the vicinity of the Artist's concert performances on its current North American concert tour (the "Tour"). The named defendants to this action have engaged in the unauthorized manufacture, distribution, and sale of inferior merchandise bearing the Artist's Trademark (the "Bootleg Merchandise") in the vicinity of the Artist's concerts.

On August 24, 2007, the Clerk entered the default of Mark W. Kolbusz, Louis Black, Stephan Andrew Williams, and Eric Hall. The remaining named defendant, Elizabeth N. Murphy, has agreed to a settlement in principle, and the parties expect to finalize the settlement shortly.

**2. PRINCIPAL FACTUAL LEGAL ISSUES**

The legal issues are those typical in a trademark and unfair competition matter – the validity of the claimed trademark rights, infringement thereof by Defendants, damages, and the availability of permanent injunctive relief. Also at issue is Plaintiff's claim for violation of the Artist's Right of Publicity under California Civil Code § 3344.

**3. ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS**

Plaintiff anticipates adding parties or amending the pleadings in the event that additional parties are found to be engaging in the unauthorized manufacture, distribution, and sale of the Bootleg Merchandise in the vicinity of the Artist's concerts.

**4. NARROWING OF ISSUES**

As stated above, default has been entered against four of the named defendants and a settlement is being finalized with regard to the remaining named defendant. Thus, there are no

*Steerpike Productions, Inc. v. Stephan Andrew Williams, et al.,*
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C-07-02989 RMW

2

remaining dispositive or partially dispositive issues appropriate for decision by motion or by agreement.

**5.   SETTLEMENT EFFORTS**

Plaintiff expects to finalize a settlement agreement with Defendant Elizabeth N. Murphy.

**6.   DISCOVERY PLAN, TRIAL DURATION, AND DISCOVERY AND TRIAL DATES**

Due to the circumstances detailed above, Plaintiff asks that in lieu of proposing a discovery plan and case management schedule, the Court schedules a further Case Management Conference in three months.

**7.   OTHER ISSUES**

None.

Dated:   September 7, 2007.

Respectfully submitted,

TOWNSEND and TOWNSEND and CREW LLP


By____/s/_____
Judith M. Schvimmer
*Attorneys for Plaintiff*
STEERPIKE PRODUCTIONS, INC.

*Steerpike Productions, Inc. v. Stephan Andrew Williams, et al.,*
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C-07-02989 RMW

3

## PROOF OF SERVICE

I, Eddie L. Shine, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On September 7, 2007, I served a copy of the following document(s):

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

Stephan Andrew Williams
258 Coronado Avenue
Long Beach, CA   90803

Louis Black
10905 Ohio Avenue, Apt. # 123
Los Angeles, CA   90024

Eric Hall
1385 N. Lake Avenue
Pasadena, CA   91104

Mark W. Kolbusz
141 Ann Street
Clarendon Hills, IL   60514

Mary Catherine Merz, Esq.
MERZ & ASSOCIATES, P.C.
1140 Lake Street, Suite 304
Oak Park, Illinois   60301

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 7th day of September, 2007, at San Francisco, California.

_____*Eddie L. Shine*_____
Eddie L. Shine

61142081 v1

*Steerpike Productions, Inc. v. Stephan Andrew Williams, et al.,*
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C-07-02989 RMW