TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: mmgorelnik@townsend.com
       jmschvimmer@townsend.com

LOEB & LOEB LLP
BARRY I. SLOTNICK
BRYAN I. REYHANI
345 Park Avenue
New York, NY 10154-0037
Telephone: 212.407.4000

Attorneys for Plaintiff
Steerpike Productions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEERPIKE PRODUCTIONS, INC., | Case No. C-07-02989 RMW |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF MARC M. GORELNIK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS STEPHEN ANDREW WILLIAMS, LOUIS BLACK, ERIC HALL, AND MARK W. KOLBUSZ |
| STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

I, Marc M. Gorelnik, declare:

1. I am a partner of the law firm of Townsend and Townsend and Crew LLP, the attorneys for Plaintiff Steerpike Productions, Inc., ("Plaintiff") in this case, and am duly licensed to practice in the State of California. I submit this Declaration in Support of Request For Entry of Default Against Defendants Stephen Andrew Williams, Louis Black, Eric Hall, and Mark W. Kolbusz ("Defendants"). The following facts are within my personal knowledge and I could and would be competent to testify to them if called as a witness in this matter.

2. Attached hereto as <u>Exhibit A</u> are true and correct copies of the Proofs of Service of the Summons, First Amended Complaint, and other papers in the action. These Proofs appear as Docket Nos. 16 and 17. Defendants Williams, Black and Hall received personal service of the original Summons and Complaint as well (Docket Nos. 8, 9 and 10). Defendants have not responded to either the original Complaint or the First Amended Complaint.

3. On information and belief, Defendants are not infants or incompetent persons and are not persons in military service or otherwise exempt from default judgment under the Soldiers and Sailors Civil Relief Act of 1940.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 13th day of September, 2007, at San Francisco, California.

_____/s/_____
Marc M. Gorelnik

DECLARATION OF MARC M. GORELNIK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS STEPHEN ANDREW WILLIAMS, LOUIS BLACK, ERIC HALL, AND
MARK W. KOLBUSZ
Case No. C-07-02989 RMW

2

## PROOF OF SERVICE

I, Eddie L. Shine, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On September 13, 2007, I served a copy of the following document(s):

**DECLARATION OF MARC M. GORELNIK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS STEPHEN ANDREW WILLIAMS, LOUIS BLACK, ERIC HALL, AND MARK W. KOLBUSZ**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

(  ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

Stephan Andrew Williams
258 Coronado Avenue
Long Beach, CA  90803

Louis Black
10905 Ohio Avenue, Apt. # 123
Los Angeles, CA  90024

Eric Hall
1385 N. Lake Avenue
Pasadena, CA  91104

Mark W. Kolbusz
141 Ann Street
Clarendon Hills, IL  60514

Mary Catherine Merz, Esq.
MERZ & ASSOCIATES, P.C.
1140 Lake Street, Suite 304
Oak Park, Illinois  60301

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 13th day of September, 2007, at San Francisco, California.

_____
Eddie L. Shine

61153830 v1

DECLARATION OF MARC M. GORELNIK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS STEPHEN ANDREW WILLIAMS, LOUIS BLACK, ERIC HALL, AND
MARK W. KOLBUSZ
Case No. C-07-02989 RMW

3