E-FILED ON:
6/18/07 BR

TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: mmgorelnik@townsend.com
       jmschvimmer@townsend.com

LOEB & LOEB LLP
BARRY I. SLOTNICK
BRYAN I. REYHANI
345 Park Avenue
New York, NY 10154-0037
Telephone: 212.407.4000

Attorneys for Plaintiff
Steerpike Productions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, <br><br> Defendants. | Case No.   C-07-02989 RMW <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Billie C. Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On June 18, 2007, I served a copy of the following document(s):

1) **Amended Summons; and**
2) **First Amended Complaint**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

(   ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| Stephan Andrew Williams | Louis Black | Eric Hall |
|---|---|---|
| 258 Coronado Avenue | 10905 Ohio Avenue, Apt. # 123 | 1385 N. Lake Avenue |
| Long Beach, CA 90803 | Los Angeles, CA 90024 | Pasadena, CA 91104 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 18th day of June, 2007, at San Francisco, California.

_____
Billie C. Raney

61079876 v1

PROOF OF SERVICE
Case No. C-07-02989 RMW

**Service of Process:**
5:07-cv-02989-RMW Steerpike Productions, Inc. v. Does et al
ADRMOP, AO279, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Gorelnik, Marc entered on 6/18/2007 3:03 PM and filed on 6/18/2007
**Case Name:** Steerpike Productions, Inc. v. Does et al
**Case Number:** 5:07-cv-2989
**Filer:** Steerpike Productions, Inc.
**Document Number:** 15

**Docket Text:**
CERTIFICATE OF SERVICE by Steerpike Productions, Inc. *of Amended Summons and First Amended Complaint on Stephan Andrew Williams, Louis Black and Eric Hall* (Gorelnik, Marc) (Filed on 6/18/2007)

**5:07-cv-2989 Notice has been electronically mailed to:**

Marc M. Gorelnik   mmgorelnik@townsend.com, bcraney@townsend.com, lhvanlobensels@townsend.com

Judith Melanie Schvimmer   jmschvimmer@townsend.com, terry@harveysiskind.com

**5:07-cv-2989 Notice has been delivered by other means to:**

Bryan I. Reyhani
Loeb & Loeb LLP

345 Park Avenue
New York, NY 10154-0037

Barry I Slotnick
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\Anthill\040112-000200US\POS Amended Summons and First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/18/2007] [FileNumber=3531507-0]
[327e50e05b9b7377b55a4d64579f4e2c715c9918a7f18548feab3807d577b8873873c
475b38308dd64c878f780b0af88f5739e2ca7dd7566cee3ec3c72761ae6]]

```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    MARC M. GORELNIK (State Bar No. 166833)
 2  JUDITH M. SCHVIMMER (State Bar No. 230285)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone: 415.576.0200
 4  Facsimile: 415.576.0300
    Email: mmgorelnik@townsend.com
 5         jmschvimmer@townsend.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEERPIKE PRODUCTIONS, INC., | Case No. C-07-02989 RMW |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

*[handwritten annotation:]* 1800z. 2pcs. Message in the Bleachers

I, **Peter Merluzzi**, personally served the following documents:

Order of Preliminary Injunction (June 15, 2007)   Declaration of Peter Merluzzi
Amended Summons                                    Declaration of Barry Slotnick
First Amended Complaint                            [Proposed] Temporary Restraining Order
Temporary Restraining Order (June 8, 2007)         [Proposed] Order of Preliminary Injunction
Summons                                            Order Setting Initial Case Management Conf.
Complaint                                          Standing Orders
Bond                                               Case Designated as Electronic Filing
Ex Parte Motion

on **Mark W. Kolbusz** [defendant] by delivering true copies thereof to said person on the **5th** day of **July**, 2007, at **the Corners of Sheffield & Addison** [location].

I describe the individual served as follows: **W/M 6' Dob 2-11-78**.

Other identifying features: _____. The individual served gave his/her address as: **141 Ann St, Clarendon Hlls, IL 60514**.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: **5th July**, 2007          _____
                                    [Signature of Server]
                                    Name: **Peter Merluzzi**
                                         (printed)

61075413 v1

PROOF OF SERVICE
Case No. C-07-02989RMW

**Raney, Billie C.**

| | |
|---|---|
| From: | ECF-CAND@cand.uscourts.gov |
| Sent: | Tuesday, July 24, 2007 1:12 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 5:07-cv-02989-RMW Steerpike Productions, Inc. v. Does et al Certificate of Service |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Gorelnik, Marc entered on 7/24/2007 1:12 PM and filed on 7/24/2007
**Case Name:** Steerpike Productions, Inc. v. Does et al
**Case Number:** 5:07-cv-2989
**Filer:** Steerpike Productions, Inc.
**Document Number:** 17

**Docket Text:**
CERTIFICATE OF SERVICE by Steerpike Productions, Inc. (Gorelnik, Marc) (Filed on 7/24/2007)

**5:07-cv-2989 Notice has been electronically mailed to:**

Marc M. Gorelnik   mmgorelnik@townsend.com, bcraney@townsend.com, lhvanlobensels@townsend.com

Judith Melanie Schvimmer   jmschvimmer@townsend.com, terry@harveysiskind.com

7/24/2007

**5:07-cv-2989 Notice has been delivered by other means to:**

Bryan I. Reyhani
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

Barry I Slotnick
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\Anthill\040112-000200US\Proof - Kolbusz.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/24/2007] [FileNumber=3617939-0]

[450537f6da6133a4a8b851083b64a33c94ef7f425961b545341a62f7e5a4c31d2b1b6
68adbfc1fac7e0991111528959cb1f61c9ecb4fa22a1333c27857c18766]]

7/24/2007