**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   408.535.5364

September 17, 2007

RE:  <u>CV 07-02989 RMW</u>    <u>STEERPIKE PRODUCTIONS, INC.-v- JOHN DOES</u>

Default is entered as to Stephan Andrew Williams on September 14, 2007.

        RICHARD W. WIEKING, Clerk

        by <u>/s/ Diane Miyashiro</u>
        Case Systems Administrator

NDC TR-4  Rev. 3/89