**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 17, 2007

RE:  CV 07-02989 RMW        STEERPIKE PRODUCTIONS, INC.-v- JOHN DOES

Default is entered as to Louis Black on September 14, 2007.

RICHARD W. WIEKING, Clerk

by /s/ Diane Miyashiro
Case Systems Administrator

NDC TR-4  Rev. 3/89