**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                          408.535.5364

September 17, 2007

RE:  CV 07-02989 RMW          STEERPIKE PRODUCTIONS, INC.-v- JOHN DOES

Default is entered as to Eric Hall on September 14, 2007.


                                                                RICHARD W. WIEKING, Clerk


                                                                by /s/ Diane Miyashiro
                                                                Case Systems Administrator

NDC TR-4  Rev. 3/89