**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 17, 2007

RE:  <u>CV 07-02989 RMW</u>    <u>STEERPIKE PRODUCTIONS, INC.-v- JOHN DOES</u>

Default is entered as to Mark W. Kolbusz on September 14, 2007.

RICHARD W. WIEKING, Clerk

by <u>/s/ Diane Miyashiro</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89