# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: November 30, 2007

Case No. C-07-02989-RMW        JUDGE: Ronald M. Whyte

STEERPIKE PRODUCTIONS, INC.        -v- JOHN DOES 1-100, et al.
Title

No Appearance                              No Appearance
Attorneys Present                          Attorneys Present

COURT CLERK: Jackie Garcia        COURT REPORTER: Not Reported

## PROCEEDINGS

## FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Not Held.  No appearance was made by either side.  The Court to contact plaintiff's counsel on the status of the case.  Court Clerk called counsel and advised that they will file a dismissal by the end of next week.