1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  415.576.0200
4  Facsimile:  415.576.0300
   Email:  mmgorelnik@townsend.com
5          jmschvimmer@townsend.com

6  LOEB & LOEB LLP
   BARRY I. SLOTNICK
7  BRYAN I. REYHANI
   345 Park Avenue
8  New York, NY  10154-0037
   Telephone:  212.407.4000
9
   Attorneys for Plaintiff
10 Steerpike Productions, Inc.

11

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14

15 STEERPIKE PRODUCTIONS, INC.,           Case No.   C-07-02989 RMW

16                Plaintiff,
                                          **PLAINTIFF'S NOTICE OF MOTION,
17       v.                               MOTION, AND MEMORANDUM OF
                                          POINTS AND AUTHORITIES IN
18 STEPHAN ANDREW WILLIAMS, LOUIS         SUPPORT OF MOTION FOR DEFAULT
   BLACK, and ERIC HALL, individuals residing  JUDGMENT**
19 in California, and JOHN DOES 4-100, JANE
   DOES 1-100, and XYZ COMPANIES 1-100,  Date:     January 18, 2008
20                                        Time:     9:00 a.m.
                  Defendants.             Courtroom: 6, 80 South First Street, San
21                                                   Jose, California

22                                        Honorable Judge Ronald M. Whyte

23

24 TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

25       PLEASE TAKE NOTICE THAT on January 18, 2008, at 9:00 a.m., or as soon thereafter as this

26 matter may be heard by the above-entitled Court, located at 280 South First Street, San Jose, California,

27 in Courtroom 6, before the Honorable Ronald M. Whyte, plaintiff Steerpike Productions, Inc.

28 ("Steerpike") will present its motion for default judgment against defendants to the Court herein under

*Steerpike Productions, Inc. v. Stephan Andrew Williams, John Does, et al.*                              -1-
PLAINTIFF'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C-07-02989 RMW

1 Rule 55(b)(1) of the Federal Rules of Civil Procedure and Civil Local Rule 7-10. Steerpike seeks entry
2 of a judgment and permanent injunction against defendants on terms set forth in the accompanying
3 proposed Default Judgment and Permanent Injunction.

I.     INTRODUCTION AND BRIEF STATEMENT OF FACTS

Plaintiff Steerpike Productions, Inc. ("Steerpike") commenced this action on June 8, 2007, to address defendants' counterfeiting and bootlegging activities at concerts of the rock group THE POLICE (the "Artist") during the Artist's current tour (the "Tour"). Plaintiff has the exclusive right to sell and license the sale of merchandise bearing the Artist's trademark in connection with concerts on the Tour. The Court granted Steerpike's motions for a temporary restraining order and preliminary injunction.

Steerpike served defendants with the Summons, Complaint, and all moving papers. None of the defendants filed an Answer or other response. The Clerk has entered the default of the following defendants (hereinafter the "Defendants"):

        1)   Stephan Andrew Williams

        2)   Louis Black

        3)   Eric Hall

        4)   Mark W. Kolbusz

Steerpike now seeks to conclude this case through the Court's entry of a default judgment against the Defendants.

II.     PLAINTIFF IS ENTITLED TO ENTRY OF DEFAULT JUDGMENT

Upon entry of Defendants' default, the allegations of plaintiff's Complaint are accepted as true, except as to damages. *Adriana Int'l. Corp. v. Luis & Co.*, 913 F.2d 1406, 1414 (9th Cir. 1990); *Geddes v. United Financial Group*, 559 F.2d, 557, 560 (9th Cir. 1977). Thus the Clerk's entry of default as to Defendants conclusively established their liability in this action. *Id*. This liability extends to each claim for relief:

First Cause of Action: Trademark Infringement (Federal), 15 U.S.C. § 1125(a)

Second Cause of Action: Unfair Competition (Federal), 15 U.S.C. § 1125(a)

1  Third Cause of Action: Right of Publicity, Cal. Civil Code § 3344

2  Fourth Cause of Action: Right of Publicity, Common Law

All that remains for this Court to determine is the remedy to which plaintiff is entitled. "A judgment by a default shall not be different in kind from or exceed an amount that prayed for in the demand for judgment." Fed.R.Civ.P. 54(c).  Plaintiff seeks to terminate this case with the equitable remedy of a Permanent Injunction that contains prohibitory and mandatory terms.  This relief is of the same kind as prayed for by plaintiff in its Complaint and is substantially similar to the preliminary injunction entered by the Court on June 15, 2007.  Therefore, the grant of a Permanent Injunction on terms requested in the proposed Default Judgment and Permanent Injunction is entirely consistent with Rule 54(c). The Lanham Act provides for the specific relief prayed for by plaintiff in the Complaint and incorporated in the proposed Default Judgment and Permanent Injunction. 15 U.S.C. § 1116 ("courts…shall have the power to grant injunctions, according to the principles of equity and upon such terms as the court may deem reasonable"). Moreover, injunctive relief is necessary to provide meaningful enforcement of Plaintiff's rights under California's statutory and common law rights of publicity.

On information and belief, none of the Defendants is a minor, an incompetent, in military services or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.  Declaration of Marc M. Gorelnik in Support of Request for Entry of Default Against Defendants Stephen Andrew Williams, Louis Black, Eric Hall, and Mark W. Kolbusz, ¶ 3.

Because the Defendants have not appeared, Rule 55(b)(2) of the Federal Rules of Civil Procedure does not require notice of this motion.  Nevertheless, Steerpike has provided notice by mail to Defendants as set forth in the attached Proof of Service.

## III.  CONCLUSION

Plaintiff has established its entitlement to entry of Default Judgment and Permanent Injunction. Plaintiff has fully complied with all requirements of the Federal Rules of Civil Procedure, and Defendants have failed to appear before the Court adequate opportunities.  It is time to terminate this

1  case with a Permanent Injunction, with any request for fees and costs to be made within thirty (30)
2  days of entry of judgment.

3                                                          Respectfully submitted,

4                                                          TOWNSEND and TOWNSEND and CREW LLP

6  Dated:  December 7, 2007                                By_____/s/_____
7                                                                  Marc M. Gorelnik
                                                                   *Attorneys for Plaintiff*
8                                                                  STEERPIKE PRODUCTIONS, INC.

# PROOF OF SERVICE

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On December 7, 2007, I served a copy of the following document(s):

**PLAINTIFF'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA  90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA  90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA  91104 |
| Mark W. Kolbusz<br>141 Ann Street<br>Clarendon Hills, IL  60514 | Mary Catherine Merz, Esq.<br>MERZ & ASSOCIATES, P.C.<br>1140 Lake Street, Suite 304<br>Oak Park, Illinois  60301 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 7th day of December, 2007, at San Francisco, California.

/s/
Billie Raney

61226577 v1

*Steerpike Productions, Inc. v. Stephan Andrew Williams, John Does, et al.*
PLAINTIFF'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C-07-02989 RMW