| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | MARC M. GORELNIK (State Bar No. 166833)<br>JUDITH M. SCHVIMMER (State Bar No. 230285) |
| 3 | Two Embarcadero Center, 8th Floor<br>San Francisco, California  94111 |
| 4 | Telephone:  415.576.0200<br>Facsimile:  415.576.0300 |
| 5 | Email:  mmgorelnik@townsend.com<br>            jmschvimmer@townsend.com |
| 6 | LOEB & LOEB LLP |
| 7 | BARRY I. SLOTNICK<br>BRYAN I. REYHANI |
| 8 | 345 Park Avenue<br>New York, NY  10154-0037 |
| 9 | Telephone:  212.407.4000 |
| 10 | Attorneys for Plaintiff<br>Steerpike Productions, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,<br><br>        Defendants. | Case No.   C-07-02989 RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

   NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), plaintiff Steerpike Productions, Inc. voluntarily dismisses defendant Murphy's Bleachers from the above-captioned action without prejudice.

                                                    Respectfully submitted,

                                                    TOWNSEND AND TOWNSEND AND CREW, LLP

Dated:  December 7, 2007          By_____/s/_____
                                                        Marc M. Gorelnik
                                                        Attorneys for Plaintiff

*Steerpike Productions, Inc. v. Stephan Andrew Williams, John Does, et al.*
VOLUNTARY DISMISSAL
Case No. C-07-02989 RMW

**PROOF OF SERVICE**

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On December 7, 2007, I served a copy of the following document(s):

**VOLUNTARY DISMISSAL**

( X ) (VIA FIRST CLASS MAIL)  I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services.  I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below.  The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

(  ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope.  The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA   90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA   90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA   91104 |
| Mark W. Kolbusz<br>141 Ann Street<br>Clarendon Hills, IL   60514 | Mary Catherine Merz, Esq.<br>MERZ & ASSOCIATES, P.C.<br>1140 Lake Street, Suite 304<br>Oak Park, Illinois   60301 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 7th day of December, 2007, at San Francisco, California.

                /s/
                Billie Raney

61228914 v1

Steerpike Productions, Inc. v. Stephan Andrew Williams, John Does, et al.
VOLUNTARY DISMISSAL
Case No. C-07-02989 RMW

2