1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  415.576.0200
4  Facsimile:  415.576.0300
   Email:  mmgorelnik@townsend.com
5          jmschvimmer@townsend.com

6  LOEB & LOEB LLP
   BARRY I. SLOTNICK
7  BRYAN I. REYHANI
   345 Park Avenue
8  New York, NY  10154-0037
   Telephone:  212.407.4000
9
   Attorneys for Plaintiff
10 Steerpike Productions, Inc.

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14 STEERPIKE PRODUCTIONS, INC.,            Case No.   C-07-02989 RMW
15            Plaintiff,
                                           **DEFAULT JUDGMENT AND
16       v.                                PERMANENT INJUNCTION**
17 STEPHAN ANDREW WILLIAMS, LOUIS
   BLACK, and ERIC HALL, individuals residing
18 in California, and JOHN DOES 4-100, JANE
   DOES 1-100, and XYZ COMPANIES 1-100,
19
            Defendants.
20

21

22       The Clerk of the Court entered the default of defendants Stephan Andrew Williams, Louis

23 Black, Eric Hall and Mark W. Kolbusz (collectively, the "Defendants") on September 14, 2007.

24 Plaintiff now moves for entry of default judgment and permanent injunction. The Court has

25 jurisdiction over the parties and the subject matter.

26       1.    Plaintiff brought this action to enjoin and restrain the Defendants, and those acting in

27 concert with them, from manufacturing, selling and/or distributing merchandise bearing the name,

28 logo, likeness, and trademarks (collectively, the "Trademarks") of the musical performing group

1  professionally known as THE POLICE (the "Artist").

2      2.    By reason of the long, substantial and continuous use of the Artist's name, the said
3  name has acquired a meaning identified with the Artist and with products and services associated with
4  them.

5      3.    The Defendants, and those acting in concert or participation with them, have infringed
6  upon Plaintiff's and the Artist's rights in the Artist's Trademarks and rights of publicity, and have as
7  well committed acts of unfair competition against the Plaintiff and the Artist, by manufacturing,
8  distributing, offering for sale, and selling unauthorized merchandise bearing the Artist's Trademarks
9  (the "Infringing Merchandise") at or near the sites of the Artist's concerts, including the Artist's
10 concert in Oakland, California, without having obtained a license or any other authorization to do so.
11 The said acts of the Defendants, and those acting in concert or participation with them, constitute
12 violations of the Lanham Act, 15 U.S.C. § 1125(a), California Civil Code § 3344, and the Artist's
13 common law right of publicity.

14     4.    Judgment is entered against Defendants Stephan Andrew Williams, Louis Black, Eric
15 Hall and Mark W. Kolbusz with respect to each claim in the First Amended Complaint.

16     **NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendants, their agents, servants,
17 employees, attorneys, successors, assigns, and all persons, firms, and corporations acting in concert or
18 participation with said defendants, are enjoined and restrained from:

19     i)    Using the Artist's Trademarks in connection with the sale, offering for
20     sale, distribution, or advertising of any clothing or other merchandise; or
21     ii)    Manufacturing, distributing, selling, or holding for sale any clothing or
22     other merchandise which carries or otherwise uses the Artist's
23     Trademarks; or
24     iii)    Aiding, abetting, inducing, or encouraging another to perform any of the
25     acts enjoined herein.

26     **IT IS FURTHER ORDERED** that the United States Marshal for this district and the United
27 States Marshal for any district in which Plaintiff seeks to enforce this permanent injunction, upon
28 Plaintiff's advancing such sum as is required to cover their fees and expenses, or local law

Steerpike Productions, Inc. v. Stephan Andrew Williams, John Does, et al.
DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No. C-07-02989 RMW     2

1  enforcement officials, Plaintiff's counsel, representatives, or individuals acting under their respective
2  authorization or supervision, are authorized, and the appropriate local or state police and other law
3  enforcement authorities are hereby similarly authorized, to seize and impound any and all Infringing
4  Merchandise bearing the Artist's Trademarks which Defendants, or their agents, servants, employees,
5  successors and assigns, and all those acting in concert or participation with them, attempt to sell or are
6  holding for sale in the vicinity (within 25 miles of each concert venue) of the Artist's concerts or
7  elsewhere where such Infringing Merchandise is being sold, held for sale, or is otherwise found,
8  including any carton, bag, container, or other means of carriage in which the Infringing Merchandise
9  is transported or stored.

10  **IT IS FURTHER ORDERED** that such confiscated merchandise shall be delivered to
11  Plaintiff's counsel or representatives, or their designees, pending resolution of contempt proceedings
12  brought on account of the violation of this permanent injunction. All clothing, jewelry, photographs,
13  posters and other merchandise bearing the Artist's Trademarks which is sold, or held for sale, in the
14  vicinity of the Artist's performance locations, or elsewhere where such merchandise is held for sale or
15  otherwise found, shall be deemed to be merchandise subject to the seizure provisions of this order.

16  **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this action for the
17  purposes of enforcing, construing, clarifying, and modifying this Default Judgment and Permanent
18  Injunction and addressing violations thereof.

20  Dated: _____

_____
The Honorable Ronald M. Whyte
United States District Court Judge

**PROOF OF SERVICE**

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On December 7, 2007, I served a copy of the following document(s):

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

( X ) (VIA FIRST CLASS MAIL)  I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services.  I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below.  The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

(  ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope.  The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA   90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA   90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA   91104 |
| Mark W. Kolbusz<br>141 Ann Street<br>Clarendon Hills, IL   60514 | Mary Catherine Merz, Esq.<br>MERZ & ASSOCIATES, P.C.<br>1140 Lake Street, Suite 304<br>Oak Park, Illinois   60301 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 7th day of December, 2007, at San Francisco, California.

                                                /s/
                                              Billie Raney

61226636 v1