TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
       jmschvimmer@townsend.com

LOEB & LOEB LLP
BARRY I. SLOTNICK
BRYAN I. REYHANI
345 Park Avenue
New York, NY 10154-0037
Telephone: (212) 407-4000

Attorneys for Plaintiff
STEERPIKE PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEERPIKE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHAN ANDREW WILLIAMS, LOUIS BLACK, and ERIC HALL, individuals residing in California, and JOHN DOES 4-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, <br><br> Defendants. | Case No.   C-07-02989 RMW <br><br> **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR DEFAULT JUDGMENT** <br><br> Date: January 18, 2008 <br> Time: 9:00 a.m. <br> Place: San Jose, Courtroom 6, 4th Floor <br><br> Honorable Ronald M. Whyte |

Plaintiff Steerpike Productions, Inc. requests a telephonic appearance at the hearing on the Motion for Default Judgment scheduled in this matter on January 18, 2008, at 9:00 a.m., in Courtroom 6. Marc M. Gorelnik is counsel for plaintiff who will appear telephonically, and he can be

1 | reached at (415) 273-4743.

2

3 | DATED: January 15, 2008.                    Respectfully submitted,

4 |                                             TOWNSEND AND TOWNSEND AND CREW LLP

5

6 |                                             By     /s/
                                                    Marc M. Gorelnik
7 |                                                 *Attorneys for Plaintiff*
                                                    STEERPIKE PRODUCTIONS, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Steerpike Productions, Inc. v. Stephan Andrew Williams, et al.,*
REQUEST FOR TELEPHONIC APPEARANCE
Case No. C-07-02989 RMW

2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2   I, Billie Raney, declare as follows:

3   I am over the age of eighteen years and not a party to this action. My business address is
4   Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

5   On January 15, 2008, I served a copy of the following document(s):

6   **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

8   ( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

12  ( ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams<br>258 Coronado Avenue<br>Long Beach, CA  90803 | Louis Black<br>10905 Ohio Avenue, Apt. # 123<br>Los Angeles, CA  90024 | Eric Hall<br>1385 N. Lake Avenue<br>Pasadena, CA  91104 |
| Mark W. Kolbusz<br>141 Ann Street<br>Clarendon Hills, IL  60514 | Mary Catherine Merz, Esq.<br>MERZ & ASSOCIATES, P.C.<br>1140 Lake Street, Suite 304<br>Oak Park, Illinois  60301 | |

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   EXECUTED this 15th day of January, 2008, at San Francisco, California.

                                                          /s/
                                                     Billie Raney

61257365 v1

*Steerpike Productions, Inc. v. Stephan Andrew Williams, et al.,*    3
REQUEST FOR TELEPHONIC APPEARANCE
Case No. C-07-02989 RMW