UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 18, 2008

Case No. C-07-02989-RMW        JUDGE: Ronald M. Whyte

**STEERPIKE PRODUCTIONS, INC.**        -V- JOHN DOES 1-100, et al.
Title

Appeared                                          No Appearance
**Attorneys Present**                             **Attorneys Present**

**COURT CLERK:** Jackie Garcia        **COURT REPORTER:** Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**ORDER AFTER HEARING**

Hearing Held. The Court's tentative ruling is to issue the entry of default judgment and permanent injunction as to Williams, Black & Hall. The Court has questions about Kolbusz. Kolbusz was not named in the first amended complaint. It is also unclear from the proof of service where in the country Kolbusz was served. The Court will not issue default judgment as to Kolbusz. The Court to issue a final ruling to the parties. The matter is deemed submitted.