1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California   94111
   Telephone:  415.576.0200
4  Facsimile:  415.576.0300
   Email:  mmgorelnik@townsend.com
5          jmschvimmer@townsend.com

6  LOEB & LOEB LLP
   BARRY I. SLOTNICK
7  BRYAN I. REYHANI
   345 Park Avenue
8  New York, NY   10154-0037
   Telephone:  212.407.4000
9
   Attorneys for Plaintiff
10 Steerpike Productions, Inc.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14 STEERPIKE PRODUCTIONS, INC.,            Case No.    C-07-02989 RMW

15              Plaintiff,
                                           **NOTICE OF VOLUNTARY DISMISSAL**
16           v.

17 STEPHAN ANDREW WILLIAMS, LOUIS
   BLACK, and ERIC HALL, individuals residing
18 in California, and JOHN DOES 4-100, JANE
   DOES 1-100, and XYZ COMPANIES 1-100,
19
                Defendants.
20

21     NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), plaintiff Steerpike

22 Productions, Inc. voluntarily dismisses defendant Mark W. Kolbusz from the above-captioned action

23 without prejudice.

24                                   Respectfully submitted,

25                                   TOWNSEND AND TOWNSEND AND CREW, LLP

26

27 Dated: January 23, 2008           By_____/s/_____
                                          Marc M. Gorelnik
28                                        Attorneys for Plaintiff

*Steerpike Productions, Inc. v. Stephan Andrew Williams, John Does, et al.*
NOTICE OF VOLUNTARY DISMISSAL
Case No. C-07-02989 RMW

**PROOF OF SERVICE**

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is

Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 23, 2008, I served a copy of the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

( X ) (VIA FIRST CLASS MAIL)  I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services.  I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below.  The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

(   ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope.  The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

| | | |
|---|---|---|
| Stephan Andrew Williams | Louis Black | Eric Hall |
| 258 Coronado Avenue | 10905 Ohio Avenue, Apt. # 123 | 1385 N. Lake Avenue |
| Long Beach, CA   90803 | Los Angeles, CA   90024 | Pasadena, CA   91104 |

Mark W. Kolbusz          Mary Catherine Merz, Esq.
141 Ann Street           MERZ & ASSOCIATES, P.C.
Clarendon Hills, IL   60514   1140 Lake Street, Suite 304
Oak Park, Illinois   60301

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 23rd day of January, 2008, at San Francisco, California.

_____
/s/
Billie Raney

61264059 v1

*Steerpike Productions, Inc. v. Stephan Andrew Williams, John Does, et al.*
NOTICE OF VOLUNTARY DISMISSAL
Case No. C-07-02989 RMW

2